IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01961–PAB–KMT

MADELINE ROMANIE LINDA SOESBE,

    Plaintiffs,

v.

COUNTRYWIDE HOME LOANS, all subdivisions, official and personal capacity,
WELLS FARGO BANK, NA, all subdivisions, official and personal capacity,
ARONOWITZ & FORD, official and personal capacity,
CASTLE MEINHOLD & STAWIARSKI, official and personal capacity,
INDYMAC BANK HOME LOAN SERVICING, official and personal capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion to Withdraw Defendant Castle Jeinhold & Stawiarski, LLC's Motion to Dismiss Plaintiff's Petition for Failure to Effect Service of Process" (# 20, filed September 10, 2009) is GRANTED.  The Motion to Dismiss (#13) is WITHDRAWN.

Dated: September 11, 2009